UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | CIVIL ACTION NO. 3:11-CV-00916(AET) |
| Plaintiff | ORDER DISBURSING FUNDS |
| v. | |
| SECURE CAPITAL FUNDING CORPORATION, ET AL., | |
| Defendants | |

It appearing that the Distribution Agent ("the Agent") filed its Third Report with the Court on February 17, 2015,

It further appearing that the Agent requested at Paragraph 9 of the Third Report that the Court authorize and direct the Clerk of the Court to pay one-third of the funds remaining in the Reserve Fund to each of the three claimants listed in Paragraph 8, to wit, Messrs. Thompson and Cronin and Dr. Trabrandt,

It further appearing that the principal balance of the Reserve Fund is $19,279.35, and

For the reasons stated in the Agent's Third Report as noted above,

IT IS on this ___14th___ day of ___April___, 2015,

ORDERED THAT the sum of $19,279.35, plus all accumulated interest, be withdrawn from the Court Registry Investment System and deposited into the Registry Fund, and

FURTHER ORDERED that the Clerk of Court is directed to issue checks to: (1) Glen Roger Thompson in the amount of $6,426.45, plus one-third of the accumulated interest, (2)

Liam Cronin in the amount of $6,426.45, plus one-third of the accumulated interest, and (3) Dr. Joacham Trabrandt in the amount of $6,426.45, plus one-third of the accumulated interest.

*Anne E. Thompson*
ANNE E. THOMPSON
SENIOR UNITED STATES DISTRICT JUDGE